UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert F. Nelson, Jr.,

          Plaintiff,        Case No. 25-11246

v.                                Judith E. Levy
                                  United States District Judge

City of Highland Park, *et al.*,

                                  Mag. Judge Curtis Ivy, Jr.

          Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION IN PART [26] AND DISMISSING COMPLAINT WITHOUT <u>PREJUDICE</u>**

    Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court dismiss the complaint with prejudice under Federal Rule of Civil Procedure 41(b) and to deny as moot Defendants Adriene Brinkley, Officer Butler, John Doe, City of Highland Park, and James McMahan's motion to dismiss. (ECF No. 22.)

    The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning. However,

the Court will dismiss the complaint without prejudice, not with prejudice.

Accordingly, the Report and Recommendation (ECF No. 26) is ADOPTED IN PART, Defendants' motion to dismiss is DENIED AS MOOT (ECF No. 22), and this case is hereby DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: October 22, 2025　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 22, 2025.

　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).